JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

```
UNITED STATES OF AMERICA       :
                               :    INDICTMENT
    - v. -                     :
                               :    19 CRIM 616
EMILIO ALEJANDRO BARRERA,      :
    a/k/a "Emilio Varrara,"    :
    a/k/a "Emilio Alejandro    :
    Barrera Mejia,"            :
                               :
                   Defendant.  :
                               :
```
- - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 8 2019

**COUNT ONE**
(Illegal Reentry)

The Grand Jury charges:

From at least on or about June 11, 2015, in the Southern District of New York and elsewhere, EMILIO ALEJANDRO BARRERA, a/k/a "Emilio Varrara," a/k/a "Emilio Alejandro Barrera Mejia," the defendant, being an alien, unlawfully did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____
FOREPERSON
8/28/19

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

EMILIO ALEJANDRO BARRERA,

                          Defendant.

---

<u>INDICTMENT</u>

19 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

GEOFFREY S. BERMAN
United States Attorney

*Shayne Stank*
Foreperson

---

08/28/19
(CA)

INDICTMENT FILED
WHEEL A- DJ RAKOFF

KH PARKER
USMJ

2